JS-6

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br>v.<br><br>DARGAN GROUP, LLC, a California Limited Liability Company;<br>THE CLADDAGH GROUP, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-CV-08208-JFW-JCx<br><br>**ORDER OF DISMISSAL** |

**ORDER**

In the Notice of Settlement filed on November 27, 2019, Dkt. No. 13, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before January 16, 2020. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until January 16, 2020. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Dated: December 2, 2019

                                                                 HONORABLE JOHN F. WALTER
                                                                 United States District Judge